United States District Court
Southern District of Texas
**ENTERED**
June 17, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| LUIS HABACUC HERNANDEZ VARGAS, | § § § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-00944 |
| | § | |
| TODD M. LYONS, *et al.*, | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1), and Respondents' Motion for Summary Judgment, (Dkt. No. 6).

The Court **ORDERS** Petitioner to file an advisory **by June 24, 2026**, regarding the status of Petitioner's detention and claims in this case.

It is so **ORDERED**.

**SIGNED** on June 17, 2026.

_____
John A. Kazen
United States District Judge