United States District Court
Southern District of Texas
**ENTERED**
July 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| LUIS HABACUC HERNANDEZ VARGAS, | § § § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-00944 |
| | § | |
| TODD M. LYONS, *et al.*, | § | |
| Respondents. | § | |

## ORDER

In light of the Fifth Circuit's recent decision in *Sosnava Rodriguez v. Ortega*, No. 26-50183 (5th Cir. July 2, 2026), the Court requires supplemental briefing.

Accordingly, the Court **ORDERS** Respondents to file supplemental briefing by **July 9, 2026,** addressing (1) whether Petitioner is detained under Section 1225(b)(2) and subject to the 90-day detention limitation in *Sosnava*, (2) the current length of Petitioner's detention, and (3) the effect of the decision on Petitioner's claims for release.

Petitioner may reply to Respondents' supplemental briefing **by July 13, 2026**.

It is so **ORDERED**.

**SIGNED** on July 6, 2026.

John A. Kazen
United States District Judge