United States District Court
Southern District of Texas
**ENTERED**
July 13, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| LUIS HABACUC HERNANDEZ VARGAS, | § § § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-00944 |
| | § | |
| TODD M. LYONS, *et al.*, | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1), and Respondents' Motion for Summary Judgment, (Dkt. No. 6). Respondents advised the Court that Petitioner was granted voluntary departure. (Dkt. No. 9).

The Court **ORDERS** the parties to file advisories **by July 20, 2026**, updating the Court on the status of Petitioner's detention and voluntary departure and the effect of any change in circumstances on his claims.

It is so **ORDERED**.

**SIGNED** on July 13, 2026.

John A. Kazen
United States District Judge