United States District Court
Southern District of Texas
**ENTERED**
August 25, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **LUIS HABACUC HERNANDEZ VARGAS,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-00944** |
| | § | |
| **TODD M. LYONS, *et al.*,** | § | |
| **Respondents.** | § | |

## ORDER

Before the Court is Petitioner's Advisory Regarding Status of Detention and Voluntary Departure, (Dkt. No. 14), and Respondents' Advisory (Dkt. No. 13). On July 20, 2026, Respondents informed the Court that Petitioner remains detained pending the appeal window of his application for cancellation of removal and grant of pre-conclusion voluntary departure under INA § 240(b). (Dkt. No. 13). On the same date, Petitioner notified the Court of his intent to appeal the Immigration Judge's decision to deny his cancellation of removal and grant of pre-conclusion voluntary departure. (Dkt. No. 14). Petitioner's July 23, 2026 appeal deadline has now passed.

As such, the Court **ORDERS** Petitioner to file an advisory by **August 31, 2026** updating the court on the status of Petitioner's appeal, the status of Petitioner's voluntary departure, and whether Petitioner remains detained.

It is so **ORDERED**.

**SIGNED** on August 25, 2026.

John A. Kazen
United States District Judge